| AO 10*<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKee, Theodore A. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 3. Date of Report<br><br>11/17/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

7. Chambers or Office Address

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
PA. 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2. TRUSTEE | TEMPLE UNIVERSITY (see section viii for update)* |
| 3. TRUSTEE | SYRACUSE UNIVERSITY |
| 4. DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 5. BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 6. BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | JOINT COMMISSION |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | US JUDICIAL CONFERENCE | ARCH 14-16 | WASHINGTON D.C. | JUDICIAL CONFERENCE MEETING | TRANSPORTATION AND LODGING |
| 2. | US JUDICIAL CONFERENCE | SEPT 12-16 | WASHINGTON, D.C. | JUDICIAL CONFERENCE MEETNG | TRANSPORTATION AND LODIGING |
| 3. | THIRD CIRCUIT | OCT 19-21 | GETTYSBURGH, PA | CIRCUIT RETREAT | TRANSPORTATION, LODGING |
| 4. | THIRD CIRCUIT | JAN 19 TO 21 | ST. THOMAS VIRGIN ISLANDS | DISTRICT COURT CONFERENCE | TRANSPORTATON, MEALS AND LODGIN |
| 5. | PA. BAR ASSOCIATION | JAN 27 TO REB 2 | ST. MARTEEN, | PA BAR ASSOC MID-YEAR CONFERENCE | TRANSPORTATION, MEALS AND LODING |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | SYRACUSE UNIV | MARCH 2 TO 3 | SYRACUSE NEW YORK | MOOT COURT | TRANSPORTATION AND LODING |
| 7. | VERA INSTITUTE OF JUSTICE | MARCH 9 TO 11 | NEW ORLEANS LA | SITE VISIT AS BOARD MEMBER | TRANSPORTATION AND LODING |
| 8. | Syracsuse Univesity | March 12 to 13 | Syracuse New Yorkk | Board meeting and attend Commencement | Transportation and lodging |
| 9. | American Constitution Society | June 9 to 10 | Washington, D.C. | Panel at National Convention | Transporation and Lodging |
| 10. | JUST THE BEGINNING FOUNDATION | SEPTEMBER 15-16 | NEW YORK, NEW YORK | SEMI ANNUAL MEETING | REGISTRATION FOR CONFERENCE |
| 11. | VERA INSTITUTE | OCTOBER 27 | NEW YORK, NEW YORK | RESEARCH MEETING | TRANSPORTATION |
| 12. | US COURT OF APPEALS | OCTOBER 28, | NEWARK, NEW JERSEY | ATTEND AND PRESIDE OVER PORTRAIT CEREMONY FOR FELLOW JUDGE | TRANSPORTATON |
| 13. | VERA INSITUTE OF JUSTICE | DECEMBER 7 TO 8 | NEW YORK NEW YORK | BOARD MEETING | TRANSPORATION |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 3. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 4. VERIZON | A | Dividend | J | T | | | | | |
| 5. CISCO | A | Dividend | J | T | | | | | |
| 6. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 7. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 8. FRANKLIN FLTG RATE FCFRX (See Section VIII) | A | Dividend | J | T | | | | | |
| 9. CALVERT INCOME FUND (CIFCX) | A | Dividend | J | T | | | | | |
| 10. AMERICAN EURO PACIFIC (AEGFX) | A | Dividend | J | T | | | | | |
| 11. GFACX-AMERICAN GROWTH FUND (SEE SECTION VIII) | A | | J | | | | | | |
| 12. CALVERT GLOBAL WATER FUND (CFWAX) | A | Dividend | J | T | Buy (add'l) | 7/5/16 | J | | |
| 13. PROCTOR & GAMBLE (SEE SECTION VIII) | | | | | | | | | |
| 14. JOHN HANCOCK MUTUAL FUND (JCVCX) CORRECTED TO (PZFVX) See Section VIII | A | Dividend | J | T | | | | | |
| 15. DREYFUS FUND STRUCTRED MID CAP FD CL C (DPSCX) | A | Dividend | J | T | | | | | |
| 16. CARLISLE COMPANIES (CSL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AMERICAN BOND FUND (ABNDX) | A | Dividend | J | T | | | | | |
| 18. SENTINEL FUNDS SS CORE A | A | Dividend | J | T | | | | | |
| 19. SENTINEL FUNDS SS MID CAP A | A | Dividend | J | T | | | | | |
| 20. PNC MONEY MARKET ACCOUNT (SEE SECTION VIII) | A | Dividend | J | T | | | | | |
| 21. APPLE INC (APPL) | A | Dividend | | | Sold (part) | 5/23/16 | J | A | |
| 22. APPLE INC (APPL) | A | Dividend | | | Sold (part) | 7/1/16 | J | A | |
| 23. APPLE INX (APPL) | A | Dividend | | | Closed | 3/24/16 | J | A | |
| 24. APPLE INC. (APPL) | A | Dividend | | | Sold (part) | 07/01/16 | J | B | |
| 25. INTEL (INTC) | A | Dividend | J | T | | | | | |
| 26. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 27. AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | J | T | | | | | |
| 28. VECTRON CORP (V3S) (SEE PART VIII) | A | Dividend | J | T | | | | | |
| 29. AMERICAN CENT MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 30. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 31. GUIDESTONE GLBL BD FD INV (GGBFX) | A | Dividend | J | T | | | J | | |
| 32. COHEN & STEERS RE ALTY SHARES (CSRSX) | A | Dividend | J | T | | | | | |
| 33. DELAWARE VALUE FUND (DDVIX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 35. FEDERATED TOTAL RETURNS (FTRBX) | A | Dividend | J | T | | | | | |
| 36. FIDELITY ADVISERS FL RATE HIGH (FFRIX) | A | Dividend | J | T | | | | | |
| 37. HARBOR CAPITAL APPR INSTL (HACAX) | A | Dividend | J | T | | | | | |
| 38. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 39. MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | J | T | | | | | |
| 40. METROPOLITAN WEST TOATL RETURN CLASS I (MWTIX) | A | Dividend | J | T | | | | | |
| 41. OPPENHEIMER DEV MARKETS (ODVYX) | A | Dividend | J | T | Buy (add'l) | 1/11//16 | J | | |
| 42. OPPENHEIMER INTL GROWTH FD Y (OIGYX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 43. POWERSHARES FTS RAFI US 1000 ISIN (PRF) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 44. T. ROWE PRICE MID CAP GROWTH (RPMGX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 45. T. ROW PRICE INTL DISCOVERY (PRIDX) | A | Dividend | J | T | | | | | |
| 46. ROYCE OPPORTUNITY FD SVCS CL (RYOFX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 47. TEMPLETON GLOBAL BOND ADVISOR FD CLASS (TGBAX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 48. AMERICAN CENTURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 49. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | Sold | 6/17 | J | B | |
| 50. AMERICAN BOND FUND (ABNDX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  AMERICAN NEW PERSPECTIVE FUND (ANWPX) SEE SECTION VIII | A | Dividend | J | T | | | | | |
| 52.  ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | Buy (add'l) | 1/11/116 | J | | |
| 53.  ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 54.  AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 55.  TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 56.  AMERICAN CENTRURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | Buy | 1/1/16 | | | |
| 57.  HARBOR CAPITAL APPRECIAT INSTL (HACAX) | A | Dividend | J | T | Buy | 1/11 | | | |
| 58.  MAINSTAY EPOCH GLOBAL EQUITY YLD I (EPSYX) | A | Dividend | J | T | Buy | 1/11/16 | | | |
| 59.  DELAWARE VALUE FUND INST (DDVIX) | A | Dividend | J | T | | 4/20/16 | J | C | |
| 60.  APPLE INC (AAPL) | A | Dividend | | | Sold (part) | 8/31/16 | J | A | |
| 61.  APPLE INC (AAPL) | A | Dividend | | | Closed | 7/01/16 | J | A | |
| 62.  APPLE INC (AAPL) | A | Dividend | | | Sold (part) | 5/23/16 | J | A | |
| 63.  CVS (CVS) | A | Dividend | J | T | Buy | 4/19/16 | J | | |
| 64.  TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 65.  PROCTOR AND GAMBEL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions
I have included my position as Trustee of Temple University even though I stepped down from that positon at some point in 2016. I am not certain of the exact date and list the position here only because I was a Trustee of tha tuniverity for a portion of 2016.

Part VII, Line 8: Note that I have corrected the ticker symbol for this fund. I had previously listed it as FCRX; it should hav been FCFRX.

PART VII, LINE 11 - AMERICAN GROWTH FUND (GFACX) - THIS SECURITY WAS LISTED AS BEING HELD AT THE END OF 2015 ON MY THAT FDR REPORT. IN PREPARING THIS REPORT, I DISCOVERED THAT THE SECURITY WAS ACTUALLY CLOSED ON 10/13/15 FOR VALUE CODE J AND GAIN A. PLEASE CONSIDER THIS AS AN AMEMDMENT TO THE 2015 REPORT. (FOR WHAT IT IS WORTH, WHEN I CALLED THE BROKEAGE TO CLARIFY THIS. THE CUSTOMER SERVICE REP WAS ALSO CONFUSED BY THE WAY THE REPSECTIVE ENTRIES CLOSING THE SECURITY ARE LISTED ON THE APPLICABLE STATEMENT).

PART VII, LINE 14, JOHN HANCOCK MUTUAL FUND; YOU WILL NOTE THAT I HAVE CORRECTED THE PRIOR SYMBOL WHICH I HAD AS JCVCX TO THE CORRECT SYMBOL OF PZFVX. THE ERROR RESULTS FROM CONFUSION AS TO WHICH JOHN HANCOCK FUND WE OWNED. WE OWN JOHN HANCOCK CLASSSIC, PZFVX. THIS WAS ACQUIRED ON 8/15/15 AND SHOULD ALSO HAVE BEEN LISTED ON THE 2015 FDR. THE JOHN HANCOCK FUND THAT IS LISTED THERE IS LISTED IN ERROR. PZFVX WAS ACQUIRED BY OPENING PURCHASE ON 8/15/2015 FOR VALUE CODE "J." THE VALUE AT THE END OF 2016 AND 2015 WAS VALUE CODE "J." PLEASE ACCEPT THIS INFORMATION AS AN AMENDMENT TO MY 2015 REPORT.

PART VII, LINE 25, INTEL: THE AMOUNTS THAT I HAVE CARRIED FOR THIS EQUITY SINCE THE LAST REPORTED SALE ARE DEMINIMIS AMOUNTS BASED ONLY ON THE FRACTIONAL SHARES REMAINING IN THE ACCOUNT (< 2 SHARES). ACCORDINGLY, I WILL NO LONGER LIST THIS SECURITY.

PART VII, LINE 28 VECTRON SYSSTEMS AG (V3S). THIS EQUITY WAS LISTED ON MY 2015 FDR AT LINE 32. HOWEVER, IN PREPARING MY 2016 FDR, I NOTICED THAT I HAD NOT INCLED ANY OF THE REQUESTED DATA FOR THAT SECURITY. I AM NOW PROVIDING THAT INFORMATION AND ASK THAT THIS BE ACCEEPTED AS AN AMENDMENT TO MY 2014 AND 2015 FDR. VECTRON WAS ACQUIRED BY PURCHASE ON AUGUST 13, 2014. THE INCOME DURING 2014 AND 2015 WAS AMOUNT CODE "A" FROM DIVIDENDS. THE GROSS VALUE AT THE END OF 2014 AND 2015 WAS VALUE CODE 'J' DETERMINED BY METHOD "T". THE INFORMATION FOR 2016 IS LISTED IN PART VII.

SECTION VII, LINE 51, AMERICAN NEW PERSPECTIVE FD INC (ANWPX). THE POSITON LISTED ON MY 2015 REPORT SHOULD HAVE INDICATED THAT THIS POSITION WAS CLOSED BY SALE ON 12/28/15 FOR VALUE CODE "J". THE GROSS VALUE AT THE END OF THE 2015 REPORTING PERIOD IS AS INDICATED ON THE 2015 FDR. THE SANE IS TRUE FO THE INCOME DURING THE REPORTING PERIOD OF 2015.

SECTION VII. THE FUNDS HELD IN RETIREMENT ACCOUNTS ARE AS FOLLOWS:

Teachers Personal Annuity Fixed Account
TIAA Traditional
AMERICAN CENTURY VALUE FUND CLASS I
HARDING LOEVNER INSTITUTIONAL EMERGING MARKETS CLASS I
HARDING LOEVNER INTERNATIONAL EQUITY PORTFOLIO
ISHARES TR RUSSELL 2000 VALUE ETF
ISHARES TR RUSSELL MID-CAP VALUE ETF
JENSEN QUALITY GROWTH FUND CLASS I
MFS INTERNATIONAL NEW DISCOVERY FUND CLASS I
TIAA-CREF INTERNATIONAL EQUITY INDEX FUND INSTITUTIONAL CLASS
TIAA-CREF LARGE CAP GROWTH INDEX FUND INSTITUTIONAL CLASS
TIAA-CREF LARGE CAP VALUE INDEX FUND INSTITUTIONAL CLASS
CREF Stock R2
CREF Global Equities R2
TIAA-CREF Large-Cap Value Fund - Retirement Class
TIAA-CREF Mid-Cap Value Fund - Retirement Class
TIAA-CREF International Equity Index Fund - Retirement Class
DFA Emerging Markets Core Equity Portfolio Institutional
TIAA Real Estate
DELAWARE DIVERSIFIED INCOME FUND CLASS I
ISHARES TR CORE U S AGGREGATE BD ETF
ISHARES TR TIPS BD ETF
MAINSTAY HIGH YIELD CORPORATE BOND FUND CLASS I
USAA SHORT-TERM BOND FUND INSTITUTIONAL CLASS
VANGUARD BD INDEX FDINC SHORT TERM BD ETF
CREF Bond Market R2
CREF Inflation-Linked Bond R2

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 11/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard Total Bond Market Index Fund Admiral
Money Market Fund
CREF Money Market R2
TIAA-CREF Lifecycle Retirement Income Fund - Retail Class
TIAA-CREF Lifecycle Index 2015 Fund - Retirement Class
PIMCO EMERGING LOCAL BOND FUND INSTITUTIONAL CLASS

AS I HAVE EXPLAINED, WE DO NOT CONTROL THESE IRAS OTHER THAN SPEAKING WITH OUR FINANCIAL ADVISOR ABOOUT THE AMOUNT OF RISK WE WISH TO INCUR. THE ADVISOR THEN DECIDES WHICH FUNDS WILL BE HELD. WE DO NOT REQJUEST ANY INVIDIVUAL TRADES OR THAT HE PURSUE POSITONS IN ANY INVIDIUAL FUND OR EQUITY, OR THAT HE SELL ANY POSITIONS IN ANY FUND OR EQUITY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544